IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**EUGENE RHODES,**

       **Plaintiff,**

v.    Case No. 1:15cv187-MW/GRJ

**WCA,**

       **Defendant.**

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 17, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF Nos. 18 and 19. Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's motion to dismiss, ECF No. 6, is **GRANTED**. The complaint is **DISMISSED without prejudice** to Plaintiff's right to file an amended complaint within **twenty (20) days** of the date of this order."

SO ORDERED on December 31, 2015.

                                         **s/Mark E. Walker             **
                                         **United States District Judge**