IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**EUGENE RHODES,**

    **Plaintiff,**

v.    Case No. 1:15cv187-MW/GRJ

**WCA,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 28. Upon consideration, no objections having been filed by the parties[1],

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's 'motion not to strick [sic] Plaintiff's mandatory injunction,' ECF No. 26, construed as a motion for reconsideration, is **DENIED**. Defendant's Motion to Strike Answer to Complaint,

---

[1] However, this Court did review and consider Plaintiff's most recent letter which is not directed to the report and recommendation. ECF NO. 29.

1

ECF No. 27, is **GRANTED**.  This case is **DISMISSED** for Plaintiff's failure to prosecute and failure to comply with an order of this Court." The Clerk shall close the file.

    **SO ORDERED on March 2, 2016.**

                                                <u>s/Mark E. Walker</u>
                                                **United States District Judge**